IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:05-CR-124 |
| | ) | (JORDAN/GUYTON) |
| JAMIE IVAN HENRY, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on April 12, 2006 for a hearing on the Motion To Withdraw [Doc. 70] filed by counsel for Jamie Ivan Henry. Attorney Mike Mears was present, and he stated that he had been retained to represent Jamie Ivan Henry. The defendant Jamie Ivan Henry was present, and he stated that he agreed with the Motion and that he wished to be represented by Mr. Mears. The government had no objection.

Accordingly, the Motion To Withdraw [Doc. 70] is **GRANTED** and Mike Mears is substituted as attorney of record in this case for Karmen L. Waters and Aubrey L. Davis.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge

1